# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **CLAUDE GENE SLOAN,** | )<br>) |
| Petitioner, | ) Case No. 7:12CV00066<br>) |
| v. | ) **FINAL ORDER**<br>) |
| **UNITED STATES OF AMERICA,** | ) By: James P. Jones<br>) United States District Judge |
| Respondent. | ) |

For the reasons set forth in the Opinion accompanying this Final Order, it is

**ORDERED** that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C.A. § 2241 is hereby DISMISSED and stricken from the active docket of the court.

ENTER: March 19, 2012

/s/ James P. Jones
United States District Judge