# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **CLAUDE GENE SLOAN,** ) | |
| ) | |
| Petitioner, ) | Case No. 7:12CV00066 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | By: James P. Jones |
| ) | United States District Judge |
| Respondent. ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is

**ORDERED** that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C.A. § 2241 is hereby DISMISSED and stricken from the active docket of the court.

ENTER: March 19, 2012

/s/ James P. Jones
United States District Judge